■ THOMAS D. POLISOTO, M.D., as Administrator of the Estate of ROSEANN POLISOTO, Deceased, Respondent, v JAMES S. COLLINS, JR., M.D., et al., Defendants, and JULIA CULLIGAN, Ph.D., Appellant. [953 NYS2d 913]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered August 9, 2011. The order, insofar as appealed from, denied the motion of defendant Julia Culligan, Ph.D. for summary judgment.

Now, upon reading and filing the stipulation of withdrawal signed by the attorneys for the parties on October 11 and 16, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.